120 A.3d 298

## SCUNGIO BORST & ASSOCIATES

v.

## 410 SHURS LANE DEVELOPERS, LLC and Kenworth II, LLC and Robert DeBolt

Petition of Scungio Borst & Associates.

Supreme Court of Pennsylvania.

July 28, 2015.

## *ORDER*

PER CURIAM.

**AND NOW,** this 28th day of July, the Petition for Allowance of Appeal is **GRANTED.** The issue as set forth by Petitioner is:

Did the lower court commit an error of law or abuse its discretion in granting summary judgment to [Robert] DeBolt under [the Contractor and Subcontractor Payment Act ("CASPA"), 73 P.S. §§ 501 *et seq.*], where: (a) CASPA makes the owner [ (410 Shurs Lane Developers, LLC) ] and the "agent of the owner acting with the owner's authority" (DeBolt) liable to contractors such as [Petitioner], (b) DeBolt is a fifty percent owner of [410 Shurs Lane Developers], (c) [Petitioner] consistently dealt with DeBolt and received his authorizations for change orders, (d) [Petitioner] never received payment for the change orders, and (e) [Petitioner's] construction of CASPA is consistent with the courts' construction of the Wage Payment and Collection Law[, 43 P.S. §§ 260.1 *et seq.*]?